JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILHELENA COSBY, | ) Case No. CV 07-5030-JCR |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Dismissing Case with Prejudice, IT IS ADJUDGED that Judgment be entered dismissing the above-captioned case with prejudice.

DATED: April 14, 2008

_____
HONORABLE JOHN C. RAYBURN JR.
UNITED STATES MAGISTRATE JUDGE